temporary restraining order enjoining an Article 32 Hearing in Petitioner's case scheduled for 9 a.m., Tuesday, June 5, 2012 was filed under Rule 27(a).

No. 11–0558/AR.   U.S. v. Alvaro Garcia, Jr.   CCA 20080839.   Review granted on the following issue:

> WHEN THE GOVERNMENT FAILS TO ALLEGE AN ARTICLE 134 TERMINAL ELEMENT THE CHARGE FAILS TO STATE AN OFFENSE UNLESS THE TERMINAL ELEMENT CAN BE "NECESSARILY IMPLIED" FROM THE LANGUAGE OF THE SPECIFICATION. THE MISSING TERMINAL ELEMENT FROM THE SPECIFICATIONS OF CHARGE II CANNOT BE NECESSARILY IMPLIED FROM THE TEXT.   ARE THE OFFENSES FATALLY DEFECTIVE?

No briefs will be filed under Rule 25.

No. 12–0125/AR.   U.S. v. Robert A. Lyon.   CCA 20090792.   Review granted on the following issue:

> WHETHER THE GOVERNMENT'S FAILURE TO ALLEGE IN THE SPECIFICATION OF CHARGE IV THAT APPELLANT'S UNAUTHORIZED WEARING OF THE RANGER TAB WAS PREJUDICIAL TO

GOOD ORDER AND DISCIPLINE OR SERVICE DISCREDITING UNDER ARTICLE 134, UCMJ, SUBSTANTIALLY PREJUDICED APPELLANT'S CONSTITUTIONAL RIGHT TO FAIR NOTICE OF THE CHARGE AGAINST HIM.

No briefs will be filed under Rule 25.

No. 12–0428/MC. U.S. v. Stephen J. McGuire. CCA 201000611. Review granted on the following issue:

WHETHER THE TWO ARTICLE 134 SPECIFICATIONS UNDER CHARGE III ARE PREJUDICIALLY DEFECTIVE BECAUSE THEY DO NOT ALLEGE, EXPRESSLY OR BY NECESSARY IMPLICATION, THE TERMINAL ELEMENT.

No briefs will be filed under Rule 25.

No. 12–0448/MC. U.S. v. Jonathan E. Lonsford. CCA 201100022. Review granted on the following issue:

APPELLANT CONTESTED SPECIFICATIONS 1 AND 2 OF CHARGE II, WHICH ALLEGED THAT HE WRONGFULLY COMMITTED ADULTERY UNDER ARTICLE 134, UCMJ, BUT DID NOT ALLEGE THE TERMINAL ELEMENT. ALTHOUGH THE LOWER COURT INITIALLY HELD THAT THE SPECIFICATIONS FAILED TO STATE AN OFFENSE AND SET ASIDE THE CONVICTIONS, IT SUBSEQUENTLY VACATED THAT DECISION AND AFFIRMED APPELLANT'S CONVICTIONS. DO SPECIFICATIONS 1 AND 2 OF CHARGE II STATE AN OFFENSE?

No briefs will be filed under Rule 25.

No. 12–0313/MC. U.S. v. Andrew D. Tearman. CCA 201100195. Appellee's motion to substitute the joint appendix is granted.